Kenneth V. DILL

v.

Honorable Thomas C. EGAN, Judge of the United States District Court for the Eastern District of Pennsylvania, Respondent.

Clayton L. Scuka, Intervenor.

No. 13433.

United States Court of Appeals Third Circuit.

Argued May 25, 1961.

Decided July 18, 1961.

See also 279 F.2d 145.

Marshall E. Miller, Washington, D. C., for appellant.

Elwood S. Levy, Philadelphia, Pa., for amicus curiæ.

Bernard G. Segal, Philadelphia, Pa. (Samuel D. Slade, Philadelphia, Pa., on the brief), for respondent.

Schnader, Harrison, Segal & Lewis, Philadelphia, Pa., Pepper, Hamilton & Scheetz, Philadelphia, Pa., Thomas E. Comber, Jr., Edward W. Madeira, Jr., Philadelphia, Pa., on the brief, for intervenor.

Before BIGGS, Chief Judge, and GOODRICH, McLAUGHLIN, KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

We will assume *arguendo* that this proceeding was not rendered moot by the untimely death of the respondent, Judge Thomas C. Egan, on July 6, 1961. The issues attempted to be presented by this application are of a serious nature which should be dealt with or adjudicated on appeal, should they actually arise, in the case of Dill v. Scuka, C.A. No. 20539 in the United States District Court for the Eastern District of Pennsylvania. Accordingly we will deny the application for a writ of mandamus or prohibition.

Casper BROCKETT, Appellant,

v.

J. T. WILLINGHAM, Warden.

No. 13572.

United States Court of Appeals Third Circuit.

Argued June 8, 1961.

Decided Aug. 1, 1961.

Casper Crockett, pro se.

Daniel H. Jenkins, U. S. Atty., James S. Palermo, Asst. U. S. Atty., Scranton, Pa., for appellee.

Before BIGGS, Chief Judge, and HASTIE and FORMAN, Circuit Judges.

PER CURIAM.

The petitioner-appellant, Brockett, appeals from an order of the court below denying his application for a writ of habeas corpus. The issues presented are succinctly discussed and correctly decided in the opinion of Judge Follmer. The order appealed from will be affirmed.